IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL ACTION NO. |
| v. | ) | 2:13cr108-MHT |
| | ) | (WO) |
| DEJON MESHON EVANS | ) | |

ORDER

Based on the representations made by the parties on the record in open court on May 27, 2015, it is ORDERED as follows:

(1) The motion to dismiss the modification petitions (doc. no. 48) is denied.  The court wants to keep the modification petitions (doc. nos. 39 & 44) still on the table.

(2) The continued hearing on the petitions for modification (doc. nos. 39 & 44) and the hearing on the petition for revocation (doc. no. 48) are set for July 2, 2015, at 10:00 a.m., in Courtroom 2FMJ of the Frank

M. Johnson Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama.

DONE, this the 9th day of June, 2015.

                                                     /s/ Myron H. Thompson
                                               **UNITED STATES DISTRICT JUDGE**