IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION


| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL ACTION NO. |
| v. | ) | 2:13cr108-MHT |
| | ) | (WO) |
| DEJON MESHON EVANS | ) | |

ORDER

Defendant Dejon Meshon Evans having pled guilty on July 24, 2015, to all of the charges contained in the modification petitions (doc. nos. 39 & 44) and the revocation petitions (doc. nos. 48 & 56), it is ORDERED as follows:

(1) The modification petitions (doc. nos. 39 & 44) are granted to the extent that the conditions of supervised release are modified to reflect that defendant Dejon Meshon Evans (a) shall participate in mental-health treatment with Dr. Karl Kirkland as deemed appropriate by Dr. Kirkland and (b) shall not have any contact or associate with Chonlissa Odom or her children.

(2)   The  sentencing  on  the  revocation  petitions (doc.  nos.  48  &  56)  is  continued  to  January  22,  2016, at  10:00  a.m.,  in  Courtroom  2FMJ  of  the  Frank  M. Johnson,  Jr.  United  States  Courthouse  Complex,  One Church  Street,  Montgomery,  Alabama.   At  that  time,  the court  will  consider  whether  defendant  Evans  has  fully complied  with  the  conditions  of  supervised  release,  as modified.

DONE, this the 24th day of July, 2015.

    /s/ Myron H. Thompson    
UNITED STATES DISTRICT JUDGE