IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL ACTION NO. |
| v. | ) | 2:13cr108-MHT |
| | ) | (WO) |
| DEJON MESHON EVANS | ) | |

ORDER

Based on the representations made on the record at a hearing in open court on January 19, 2016, it is ORDERED as follows:

(1) The petition for modification of defendant Dejon Meshon Evans's conditions of supervised release (doc. no. 39), as amended (doc. no. 44), is granted to the following extent:

    (A) Defendant Evans shall undergo mental health treatment as recommended by Dr. Karl Kirkland.

    (B) Defendant Evans shall not have any contact or associate with Chonlissa Odom or her children.

(2) The petition for modification (doc. no. 39) and the amendment to it (doc. no. 44) are otherwise denied without prejudice.

(3) The petition for revocation of defendant Evans's supervised release (doc. no. 48) and the amendment to it (doc. no. 56) are denied without prejudice.

DONE, this the 20th day of January, 2016.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**