**IN THE DISTRICT COURT OF THE UNITED STATES FOR THE**

**MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | **CRIMINAL ACTION NO.** |
| v. | ) | **2:13cr108-MHT** |
| | ) | **(WO)** |
| **DEJON MESHON EVANS** | ) | |

**ORDER**

It is ORDERED that the special conditions of supervision imposed on defendant Dejon Meshon Evans are modified to the extent that defendant Evans must attend domestic-violence counseling, either as part of his court-ordered mental-health treatment, or separately, as determined by the probation officer in consultation with the mental-health provider. All previously imposed conditions remain in place.

DONE, this the 21st day of July, 2016.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**